(135 So. 595)
**Ed PACK and Clyde Langston v. STATE.**
**7 Div. 66.**

Supreme Court of Alabama.
June 27, 1931.

Haralson & Son, of Ft. Payne, for petitioners.

Thos. E. Knight, Jr., Atty. Gen., opposed.

**PER CURIAM.**

Petitions of Ed Pack and Clyde Langston for certiorari to the Court of Appeals to review and revise the judgments and decisions of that court in Pack v. State, 135 So. 594, and Langston v. State, 135 So. 593.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.